168 A.3d 1185

STATE OF NEW JERSEY, PLAINTIFF–CROSS–RESPONDENT,
v. DAVID M. CLARK, DEFENDANT–CROSS–PETITIONER.

May 19, 2017

## ON CROSS PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A cross-petition for certification of the judgment in A–003808–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the cross-petition for certification is granted and the matter is summarily remanded to the Superior Court, Appellate Division for reconsideration in light of *State v. Joe*, 228 *N.J.* 125, 155 *A.*3d 563 (2017). Jurisdiction is not retained.